PEOPLE *v.* MILLARD CLARK. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 October 5, 1971, at Grand Rapids. (Docket No. 10227.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Edward M. Babcock,* Assistant Prosecuting Attorney, for the people.

*Charles Campbell,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of robbery armed and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.